IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

Case 4:25-cv-00237-SDJ-AGD Document 1 Filed 03/07/25 Page 1 of 4 PageID #: 1

REMON RAWLINS,
Plaintiff,

v.

**FILED**

MAR 0 7 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

CITY OF PLANO, PLANO POLICE DEPARTMENT, TEXAS DEPARTMENT OF PUBLIC SAFETY, COLLIN COUNTY DISTRICT ATTORNEY'S OFFICE, COLLIN COUNTY SHERIFF'S OFFICE, 199TH DISTRICT COURT, COLLIN COUNTY DETENTION CENTER, CITY OF MCKINNEY, COLLIN COUNTY COURTHOUSE, COLLIN COUNTY TEXAS, DENTON COUNTY, TEXAS DPS TROOPER EMMANUEL HERNANDEZ, TEXAS DPS TROOPER GUTIERREZ, TEXAS DPS TROOPER RHODES, TEXAS DPS TROOPER PAUL, TEXAS DPS TROOPER BLOOMMART, TEXAS DPS TROOPER VALDEZ, TEXAS DPS SARGENT JOHN DOE, COLLIN COUNTY DETENTION CENTER OFFICER KIMBERLY YEARWOOD, PLANO PD JOHN DOE 1, and PLANO PD JOHN DOE 2,
Defendants.

CIVIL ACTION NO. 4:25 cv 237 SDJ/BD

PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. INTRODUCTION

1. This is an action for the violation of Plaintiff's constitutional rights under 42 U.S.C. § 1983, arising from the unlawful actions of law enforcement officers, municipal entities, and government officials acting under the color of state law.

2. Plaintiff Remon Rawlins, a young Black entrepreneur with no prior criminal record, was subjected to racial profiling, unlawful detention, illegal search and seizure, and excessive force during a traffic stop initiated by Texas DPS Trooper Emmanuel Hernandez and participated in by other law enforcement officers. The traffic stop and subsequent actions were without reasonable suspicion or probable cause, violating Plaintiff's Fourth Amendment rights.

3. Additionally, Plaintiff was maliciously prosecuted after fabricated evidence was used against him, exculpatory evidence was suppressed, and the Collin County District Attorney's Office obstructed justice. Plaintiff was illegally classified as a gang member based on racial profiling, further violating his due process and equal protection rights under the Fourteenth Amendment.

4. This lawsuit seeks compensatory and punitive damages, along with an award of attorney's fees, to hold Defendants accountable for their actions and to deter future violations of civil rights.

II. JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as it involves federal civil rights violations under 42 U.S.C. § 1983.

6. Venue is proper in the Eastern District of Texas, Sherman Division, under 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred within this judicial district.

III. PARTIES

7. Plaintiff, Remon Rawlins, is a resident of Texas, a young Black entrepreneur, and the victim of multiple constitutional violations as described herein.

8. Defendants and their roles in the violations are as follows:
   - City of Plano: Municipal entity responsible for actions of the Plano Police Department and its officers.
   - Plano Police Department: Law enforcement agency responsible for unlawful actions during the stop.
   - Texas Department of Public Safety (DPS): State agency whose troopers were involved in the unlawful stop, search, and detention.
   - Collin County District Attorney's Office: Responsible for prosecutorial misconduct and suppression of exculpatory evidence.
   - Collin County Sheriff's Office: Entity responsible for facilitating the detention of Plaintiff.
   - 199th District Court: Judicial body that failed to address misconduct by law enforcement and prosecutors.
   - Collin County Detention Center: Facility where Plaintiff was detained and subjected to cruel and unusual punishment.
   - Texas DPS Trooper Emmanuel Hernandez: Initiated unlawful stop, detention, and search of Plaintiff.
   - Texas DPS Trooper Gutierrez: Participated in unlawful search and excessive use of force.
   - Texas DPS Trooper Rhodes: Assisted in the unlawful detention and search of Plaintiff.
   - Texas DPS Trooper Paul: Involved in the fabrication of charges and further violations of Plaintiff's rights.
   - Texas DPS Trooper Bloommart: Participated in unlawful detention and failure to intervene.
   - Texas DPS Trooper Valdez: Assisted in violation of Plaintiff's constitutional rights.
   - Texas DPS Sargent John Doe: Failed to intervene during constitutional violations.
   - Collin County Detention Center Officer Kimberly Yearwood: Falsely classified Plaintiff as a gang member.
   - Plano PD John Doe 1 and John Doe 2: Participated in the unlawful detention of Plaintiff.

## IV. FACTUAL ALLEGATIONS

### A. Unlawful Traffic Stop, Racial Profiling, and Unlawful Detention

9. On March 2, 2023, Plaintiff was a passenger in a legally operated vehicle when Texas DPS Trooper Emmanuel Hernandez initiated a traffic stop on the basis of alleged license plate flipper and dark window tint, neither of which was supported by reasonable suspicion or probable cause.

10. Trooper Hernandez engaged in racial profiling, as evidenced by derogatory comments about Plaintiff's tattoos and assumptions about his gang affiliation, which were unfounded and based on racial bias.

11. Troopers Gutierrez and Rhodes, along with Plano PD Officers, assisted in unlawfully detaining Plaintiff for an extended period, despite the absence of any legal justification for the detention. The detention was further prolonged without any clear or reasonable cause.

### B. Illegal Search and Seizure

12. Troopers Hernandez, Gutierrez, and Rhodes conducted an unwarranted search of Plaintiff's person and property, including a warrantless search of Plaintiff's phone, in violation of the Fourth Amendment.

13. Troopers Hernandez and Gutierrez removed their body cameras multiple times, as revealed by footage, in an attempt to cover up their misconduct and prevent the illegal actions from being recorded.

14. The searches of Plaintiff's person and vehicle were unjustified, and Plaintiff was coerced into providing access to his phone data without a warrant, violating his Fourth Amendment rights.

### C. Malicious Prosecution and Suppression of Evidence

15. The Collin County District Attorney's Office intentionally suppressed exculpatory evidence, including the body cam footage, that would have exonerated Plaintiff.

16. The 199th District Court failed to address the constitutional violations during the suppression hearing, allowing the prosecution to proceed with fabricated charges against Plaintiff.

D. Excessive Force and Cruel and Unusual Punishment

17. Trooper Gutierrez placed Plaintiff in excessively tight handcuffs causing physical pain, discomfort, and injury. Plaintiff was forced to endure this excessive force for several hours without justification, violating his Eighth Amendment rights against cruel and unusual punishment.

18. The prolonged detention and lack of care for Plaintiff's well-being during this time also amounted to punishment that violated due process rights under the Fourteenth Amendment.

E. Racial Profiling and Equal Protection Violations

19. Plaintiff, a young Black entrepreneur, was unlawfully classified as a gang member based solely on his race and tattoos. This false classification was used to justify the search, detention, and subsequent violations of his rights.

20. The discriminatory treatment of Plaintiff was consistent with patterns of racial profiling within Defendants' law enforcement agencies, as evidenced by similar treatment of other individuals based on racial characteristics.

V. CLAIMS FOR RELIEF

Count I: Violation of Fourth Amendment Rights (Unlawful Search and Seizure)

21. Defendants Trooper Hernandez, Trooper Gutierrez, and Trooper Rhodes violated Plaintiff's Fourth Amendment rights by conducting warrantless searches of Plaintiff's person and property, including his cell phone, without probable cause or consent.

Count II: Violation of Fourteenth Amendment Rights (Due Process and Equal Protection)

22. Defendants, including the Collin County District Attorney's Office and 199th District Court, violated Plaintiff's Fourteenth Amendment rights by engaging in racial profiling, malicious prosecution, and suppression of exculpatory evidence.

23. The false gang classification and racial profiling further violated Plaintiff's right to equal protection under the Fourteenth Amendment.

Count III: Violation of Eighth Amendment Rights (Cruel and Unusual Punishment)

24. Defendant Trooper Gutierrez subjected Plaintiff to excessive force by placing him in excessively tight handcuffs and subjecting him to prolonged detention without justification, violating Plaintiff's Eighth Amendment rights.

VI. DAMAGES AND PRAYER FOR RELIEF

Plaintiff requests:

A. Compensatory damages of $25 million from each Defendant for the emotional distress, physical harm, and economic loss resulting from these unlawful acts.

B. Punitive damages to deter future misconduct by law enforcement officers and municipal entities.

C. Injunctive relief to prevent future violations of Plaintiff's constitutional rights and to ensure proper training, supervision, and accountability within Defendants' law enforcement agencies.

D. Attorney's fees and costs of this action.

E. Any other relief that this Court deems just and proper.

VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

REMON RAWLINS    *Remon Rawlins*
1472 North Hampton Rd Ste 100 E
Desoto, Texas 75115
945-296-3826
RRRollsRoyce115@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties or their counsel of record via MAIL on this 02/11/2025.

*Remon Rawlins*

This federal version of your civil rights lawsuit incorporates the same core allegations but focuses on the **federal claims** under **42 U.S.C. § 1983**. It ensures there is no overlap or interference with the state lawsuit and appropriately applies federal law to the constitutional violations.